**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Justace A. Lowe, Russell Davis, Jr., Peggy Davis, and
John Doe, Defendants,

Of whom Russell Davis, Jr., is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000544

─────────────

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

─────────────

Unpublished Opinion No. 2020-UP-303
Submitted October 23, 2020 – Filed November 5, 2020

─────────────

**AFFIRMED**

─────────────

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Dustin Christian Davis, of Dustin C. Davis, Attorney at Law, LLC, of Greenville, as Guardian ad Litem for Appellant.

Amanda B. Stiles, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian ad Litem for the minor child.

--------

**PER CURIAM:**  Russell Davis, Jr. appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Davis's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and GEATHERS, JJ., concur.**

--------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.